IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK R. KIESEL LIVING TRUST, and MONTANA WOODS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THOMAS HYDE,<br><br>Defendant. | CV 22-109-M-KLD<br><br>ORDER |

Plaintiffs Mark R. Kiesel Living Trust and Montana Woods LLC have filed an Unopposed Motion for Leave to File Amended Complaint. (Doc. 31). Accordingly,

IT IS ORDERED that the motion is GRANTED. Because Plaintiffs have already filed their amended complaint (Doc. 27), no additional action is necessary.

DATED this 14th day of February, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1